UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JOHN P. DONDERO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:17-cv-04370 |
| | : |
| LOWER MILFORD TOWNSHIP; | : |
| ELLEN KOPLIN, individually and in her | : |
| official capacity as Township Manager; | : |
| DONNA L. WRIGHT, individually and in | : |
| her official capacity as a member of the | : |
| Board of Supervisors; MICHAEL W. | : |
| SNOVITCH, individually and in his | : |
| capacity as a member of the Board of | : |
| Supervisors; and JOHN QUIGLEY, | : |
| Individually and in his official capacity as | : |
| a member of the Board of Supervisors, | : |
| | : |
| Defendants. | : |

_____

# **O R D E R**

**AND NOW**, this 23rd day of December, 2019, upon consideration of the pending Motion for Summary Judgment and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment, ECF No. 40, is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all claims.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court

1
122019